# BRAUCHER & ASSOCIATES
## ATTORNEYS AT LAW

764 CHESTNUT STREET
MANCHESTER, NH 03104

9414 7112 0620 6818 7388 17

CERTIFIED MAIL
TRACKING NUMBER

January 14, 2025

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
AND FIRST CLASS MAIL

Benjamin Maurice Dube
98 Auburn Rd
Turner, ME 04282

Re:  Loan Account No.:        ▮▮▮▮▮▮▮▮
     Property Address:        98 Auburn Rd
                              Turner, ME 04282

     Owner of Loan:           United States of America acting through the Rural
                              Housing Service or successor agency, United States
                              Department of Agriculture

     Original Lender:         United States of America acting through the Rural
                              Housing Service or successor agency, United States
                              Department of Agriculture

<u>NOTICE OF RIGHT TO CURE</u>

Dear Mr. Dube:

    This office represents United States of America acting through the Rural Housing Service or successor agency, United States Department of Agriculture (the "Loan Owner") with respect to a promissory note (the "Note") secured by a mortgage (the "Mortgage"), both dated 06/15/2007, that you signed and gave to United States of America acting through the Rural Housing Service or successor agency, United States Department of Agriculture (the "Lender"). The Mortgage is recorded in the Androscoggin County Registry of Deeds, in Book 7168, Page 103, and covers property located at and about 98

January 14, 2025
Page 2

Auburn Rd., Turner, ME 04282. The Loan Owner is the owner of the Note and the Mortgage.

The Loan Owner's records indicate that it has not received the monthly payment that came due under the Note on 05/15/2015, or on any later dates, and that other fees and costs are also past due. The Loan Owner's failure to receive those payments is a default under the Note and the Mortgage. You have the right to cure the default as provided in this notice.

As of the date of this notice, the amount needed to cure the default (the "Cure Amount") is $129,558.16, which is itemized as follows:

| | |
|---|---|
| Past due payments of principal, interest and escrows: | $94,418.05 |
| Preservation and inspection Fees: | $32,895.07 |
| Late Charges: | $175.04 |
| Attorney's Fees and Costs: | $2070.00 |
| Less Subsidy: | $0.00 |
| TOTAL CURE AMOUNT | $129,558.16 |

NOTE: The Cure Amount does not include any payments or charges that may become due after the date of this notice. Any such payments and charges will remain due after you pay the amount specified in this notice. The Cure Amount is not the full amount required to pay off all amounts outstanding under the Note and the Mortgage, but, instead, is the amount required to pay only what is now past due under those documents.

Maine law (14 M.R.S. § 6111) and the Mortgage provide that you have a right to cure this default by paying the Cure Amount of $129,558.16. This payment must be made by the thirty-fifth day from the date we give you this notice (or if that thirty-fifth day falls on a Saturday, Sunday, or legal holiday, then on the first business day after the end of that thirty-five day period) (the date by which this payment must be made is referred to elsewhere in this notice as the "Cure Deadline"). We are sending this notice to you by both certified mail and by ordinary first class mail on the date of this notice. The notice is considered to have been given to you five days after we mail it to you by ordinary first class mail. Therefore, the Cure Deadline is **02/21/2025**.

If, on or before the Cure Deadline, you do not pay the Cure Amount, or reach some other agreement with the Loan Owner, then the full amount required to pay off all amounts outstanding under the Note and the Mortgage, including fees and charges that are added to that amount after the date of this notice, will be immediately due and payable in full.

January 14, 2025
Page 3

Because interest, legal fees, and other charges owing on this loan may vary from day to day, the total amount required to pay off the loan in full on the day you pay may be greater than this amount. If the full amount outstanding under the Note and the Mortgage becomes due and payable and you do not pay it, then, unless you reach another agreement with the Loan Owner, that Loan Owner, and anyone acquiring the rights of the Loan Owner under the terms of the Note and the Mortgage, may take whatever actions it decides are necessary to protect its rights, and legal proceedings, including foreclosure upon the Mortgage, may be in order.

**If you have received a discharge in a bankruptcy case, you are not personally liable for anything owed under the Note and the Mortgage.** This means that if any default under the Note and the Mortgage is not cured, then the Loan Owner may be able to foreclose upon the Mortgage, sell the property covered by that Mortgage as part of that foreclosure, and keep enough of the sale proceeds to pay whatever is then owed under the Note and the Mortgage (including, but not limited to, principal, interest, late charges, costs of sale and other charges), but cannot otherwise collect amounts owing under the Note and the Mortgage from you. **You should not consider anything in this notice, or in any materials provided with this notice, as a demand that you personally pay what is, or may come to be, owed under the Note or the Mortgage. Instead, the purpose of this notice and those materials is to provide you with information regarding the Note and the Mortgage and how foreclosure of the Mortgage may occur or be avoided.**

You may have options available other than foreclosure. You may discuss available options with the mortgagee or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the Cure Deadline. To speak to someone with authority to modify your mortgage loan to avoid foreclosure, please contact:

> United States Department of Agriculture
> Rural Development
> P.O. Box 66827
> St. Louis, MO 63166
> (800) 793-8861 (Voice)
> (800) 438-1832 (TDD/TYY Hearing Impaired Only)
> Facsimile: (314) 457-4450

Enclosed is a listing of counseling agencies approved by the United States Department of Housing and Urban Development operating in the State of Maine to assist mortgagors to

January 14, 2025
Page 4

avoid foreclosure. In any foreclosure action, you may have the right to request mediation to explore options for avoiding a foreclosure judgment.

**Attention Servicemembers and dependents**: The Federal Servicemembers' Civil Relief Act ("SCRA") and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last nine (9) months, **AND** joined after signing the Note and Mortgage now in default, please notify me immediately. When contacting our office as to your military service, you must provide positive proof as to your military status. If you do not provide this information, it will be assumed that you are not entitled to protection under the SCRA.

Along with this notice, we are enclosing a separate notice that describes additional rights you have under state and federal law. Please review that notice as well.

Sincerely,

/s/ *James Fleming, Esq.*

This listing is current as of **12/14/2022**.

## Agencies located in MAINE

| | |
|---|---|
| **Agency Name:** | PENQUIS COMMUNITY ACTION PROGRAM |
| **Phone:** | 207-973-3500 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 262 Harlow St<br>Bangor, Maine 04401-4952 |
| **Counseling Services:** | - Financial, Budgeting, and Credit Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA |
| **Website:** | http://www.penquis.org |
| **Agency ID:** | 81649 |

| | |
|---|---|
| **Agency Name:** | COASTAL ENTERPRISES, INCORPORATED |
| **Phone:** | 207-504-5900 |
| **Toll Free:** | 877-340-2649 |
| **Fax:** | |
| **Email:** | jason.thomas@ceimaine.org |
| **Address:** | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Reverse Mortgage Counseling<br>- Services for Homeless Counseling |
| **Languages:** | - English<br>- Spanish |
| **Affiliation:** | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| **Website:** | http://www.ceimaine.org |
| **Agency ID:** | 80985 |

| | |
|---|---|
| **Agency Name:** | FOUR DIRECTIONS DEVELOPMENT CORPORATION |
| **Phone:** | 207-866-6545 |
| **Toll Free:** | |
| **Fax:** | |
| **Email:** | N/A |
| **Address:** | 20 Godfrey Dr<br>Orono, Maine 04473-3610 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Home Improvement and Rehabilitation Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |
| **Languages:** | - English |
| **Affiliation:** | OWEESTA CORPORATION |
| **Website:** | http://www.fourdirectionsmaine.org |
| **Agency ID:** | 83879 |

| | |
|---|---|
| **Agency Name:** | AVESTA HOUSING DEVELOPMENT CORPORATION |
| **Phone:** | 207-553-7780-3347 |
| **Toll Free:** | 800-339-6516 |
| **Fax:** | 207-553-7778 |
| **Email:** | ndigeronimo@avestahousing.org |
| **Address:** | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 |
| **Counseling Services:** | - Financial Management/Budget Counseling<br>- Home Improvement and Rehabilitation Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling<br>- Rental Housing Workshops |

|                       |                                                                 |
|-----------------------|-----------------------------------------------------------------|
| **Languages:**        | - English                                                       |
| **Affiliation:**      | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.                |
| **Website:**          | www.avestahousing.org                                           |
| **Agency ID:**        | 81144                                                           |

|                       |                                                                 |
|-----------------------|-----------------------------------------------------------------|
| **Agency Name:**      | YORK COUNTY COMMUNITY ACTION AGENCY                             |
| **Phone:**            | 207-324-5762                                                    |
| **Toll Free:**        |                                                                 |
| **Fax:**              | 207-490-5026                                                    |
| **Email:**            | meaghan.arzberger@yccac.org                                     |
| **Address:**          | 6 Spruce Street                                                 |
|                       | SANFORD, Maine 04073-2917                                       |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops              |
|                       | - Financial Management/Budget Counseling                        |
|                       | - Home Improvement and Rehabilitation Counseling                |
|                       | - Mortgage Delinquency and Default Resolution Counseling        |
|                       | - Non-Delinquency Post Purchase Workshops                       |
|                       | - Pre-purchase Counseling                                       |
|                       | - Pre-purchase Homebuyer Education Workshops                    |
|                       | - Predatory Lending Education Workshops                         |
|                       | - Rental Housing Counseling                                     |
|                       | - Services for Homeless Counseling                              |
| **Languages:**        | - English                                                       |
| **Affiliation:**      | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.                |
| **Website:**          | http://www.yccac.org                                            |
| **Agency ID:**        | 81150                                                           |

|                       |                                                                 |
|-----------------------|-----------------------------------------------------------------|
| **Agency Name:**      | COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE                |
| **Phone:**            | 207-333-6419                                                    |
| **Toll Free:**        | 800-866-5588                                                    |
| **Fax:**              | 207-795-4069                                                    |
| **Email:**            | homequest@community-concepts.org                                |
| **Address:**          | 17 Market Sq                                                    |
|                       | South Paris, Maine 04281-1533                                   |
| **Counseling Services:** | - Fair Housing Pre-Purchase Education Workshops              |
|                       | - Financial Management/Budget Counseling                        |
|                       | - Financial, Budgeting, and Credit Workshops                    |
|                       | - Mortgage Delinquency and Default Resolution Counseling        |
|                       | - Pre-purchase Counseling                                       |
|                       | - Pre-purchase Homebuyer Education Workshops                    |
|                       | - Rental Housing Counseling                                     |
|                       | - Resolving/Preventing Mortgage Delinquency Workshops           |
| **Languages:**        | - English                                                       |
| **Affiliation:**      | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.                |
| **Website:**          | https://www.ccimaine.org/                                       |
| **Agency ID:**        | 81580                                                           |

|                       |                                                                 |
|-----------------------|-----------------------------------------------------------------|
| **Agency Name:**      | KENNEBEC VALLEY COMMUNITY ACTION PROGRAM                        |
| **Phone:**            | 207-859-1500                                                    |
| **Toll Free:**        | 800-542-8227                                                    |
| **Fax:**              |                                                                 |
| **Email:**            | housing@kvcap.org                                               |
| **Address:**          | 101 Water St                                                    |
|                       | Waterville, Maine 04901-6339                                    |
| **Counseling Services:** | - Financial Management/Budget Counseling                     |
|                       | - Mortgage Delinquency and Default Resolution Counseling        |
|                       | - Pre-purchase Counseling                                       |
|                       | - Pre-purchase Homebuyer Education Workshops                    |
| **Languages:**        | - English                                                       |
| **Affiliation:**      | NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA       |
| **Website:**          | http://www.kvcap.org                                            |
| **Agency ID:**        | 81685                                                           |

# BRAUCHER & ASSOCIATES
## ATTORNEYS AT LAW

764 CHESTNUT STREET
MANCHESTER, NH 03104

9414 7112 0620 6818 7388 17

CERTIFIED MAIL
TRACKING NUMBER

January 14, 2025

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
AND FIRST CLASS MAIL

Benjamin Maurice Dube
98 Auburn Rd
Turner, ME 04282

Re: Loan Account No.: ▮▮▮▮▮▮▮▮
Property Address: 98 Auburn Rd
Turner, ME 04282

Owner of Loan: United States of America acting through the Rural Housing Service or successor agency, United States Department of Agriculture

Original Lender: United States of America acting through the Rural Housing Service or successor agency, United States Department of Agriculture

### NOTICE OF RIGHT TO CURE

Dear Mr. Dube:

This office represents United States of America acting through the Rural Housing Service or successor agency, United States Department of Agriculture (the "Loan Owner") with respect to a promissory note (the "Note") secured by a mortgage (the "Mortgage"), both dated 06/15/2007, that you signed and gave to United States of America acting through the Rural Housing Service or successor agency, United States Department of Agriculture (the "Lender"). The Mortgage is recorded in the Androscoggin County Registry of Deeds, in Book 7168, Page 103, and covers property located at and about 98

January 14, 2025
Page 2

Auburn Rd., Turner, ME 04282. The Loan Owner is the owner of the Note and the Mortgage.

The Loan Owner's records indicate that it has not received the monthly payment that came due under the Note on 05/15/2015, or on any later dates, and that other fees and costs are also past due. The Loan Owner's failure to receive those payments is a default under the Note and the Mortgage. You have the right to cure the default as provided in this notice.

As of the date of this notice, the amount needed to cure the default (the "Cure Amount") is $129,558.16, which is itemized as follows:

| | |
|---|---|
| Past due payments of principal, interest and escrows: | $94,418.05 |
| Preservation and inspection Fees: | $32,895.07 |
| Late Charges: | $175.04 |
| Attorney's Fees and Costs: | $2070.00 |
| Less Subsidy: | $0.00 |
| TOTAL CURE AMOUNT | $129,558.16 |

NOTE: The Cure Amount does not include any payments or charges that may become due after the date of this notice. Any such payments and charges will remain due after you pay the amount specified in this notice. The Cure Amount is not the full amount required to pay off all amounts outstanding under the Note and the Mortgage, but, instead, is the amount required to pay only what is now past due under those documents.

Maine law (14 M.R.S. § 6111) and the Mortgage provide that you have a right to cure this default by paying the Cure Amount of $129,558.16. This payment must be made by the thirty-fifth day from the date we give you this notice (or if that thirty-fifth day falls on a Saturday, Sunday, or legal holiday, then on the first business day after the end of that thirty-five day period) (the date by which this payment must be made is referred to elsewhere in this notice as the "Cure Deadline"). We are sending this notice to you by both certified mail and by ordinary first class mail on the date of this notice. The notice is considered to have been given to you five days after we mail it to you by ordinary first class mail. Therefore, the Cure Deadline is **02/21/2025**.

If, on or before the Cure Deadline, you do not pay the Cure Amount, or reach some other agreement with the Loan Owner, then the full amount required to pay off all amounts outstanding under the Note and the Mortgage, including fees and charges that are added to that amount after the date of this notice, will be immediately due and payable in full.

January 14, 2025
Page 3

Because interest, legal fees, and other charges owing on this loan may vary from day to day, the total amount required to pay off the loan in full on the day you pay may be greater than this amount. If the full amount outstanding under the Note and the Mortgage becomes due and payable and you do not pay it, then, unless you reach another agreement with the Loan Owner, that Loan Owner, and anyone acquiring the rights of the Loan Owner under the terms of the Note and the Mortgage, may take whatever actions it decides are necessary to protect its rights, and legal proceedings, including foreclosure upon the Mortgage, may be in order.

**If you have received a discharge in a bankruptcy case, you are not personally liable for anything owed under the Note and the Mortgage.** This means that if any default under the Note and the Mortgage is not cured, then the Loan Owner may be able to foreclose upon the Mortgage, sell the property covered by that Mortgage as part of that foreclosure, and keep enough of the sale proceeds to pay whatever is then owed under the Note and the Mortgage (including, but not limited to, principal, interest, late charges, costs of sale and other charges), but cannot otherwise collect amounts owing under the Note and the Mortgage from you. **You should not consider anything in this notice, or in any materials provided with this notice, as a demand that you personally pay what is, or may come to be, owed under the Note or the Mortgage. Instead, the purpose of this notice and those materials is to provide you with information regarding the Note and the Mortgage and how foreclosure of the Mortgage may occur or be avoided.**

You may have options available other than foreclosure. You may discuss available options with the mortgagee or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the Cure Deadline. To speak to someone with authority to modify your mortgage loan to avoid foreclosure, please contact:

> United States Department of Agriculture
> Rural Development
> P.O. Box 66827
> St. Louis, MO 63166
> (800) 793-8861 (Voice)
> (800) 438-1832 (TDD/TYY Hearing Impaired Only)
> Facsimile: (314) 457-4450

Enclosed is a listing of counseling agencies approved by the United States Department of Housing and Urban Development operating in the State of Maine to assist mortgagors to

January 14, 2025
Page 4

avoid foreclosure. In any foreclosure action, you may have the right to request mediation to explore options for avoiding a foreclosure judgment.

**Attention Servicemembers and dependents**: The Federal Servicemembers' Civil Relief Act ("SCRA") and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last nine (9) months, **AND** joined after signing the Note and Mortgage now in default, please notify me immediately. When contacting our office as to your military service, you must provide positive proof as to your military status. If you do not provide this information, it will be assumed that you are not entitled to protection under the SCRA.

Along with this notice, we are enclosing a separate notice that describes additional rights you have under state and federal law. Please review that notice as well.

Sincerely,

/s/ *James Fleming, Esq.*

This listing is current as of **12/14/2022**.

## Agencies located in MAINE

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-973-3500
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 262 Harlow St
Bangor, Maine 04401-4952
**Counseling Services:**
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

---

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling

**Languages:**
- English
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

---

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 20 Godfrey Dr
Orono, Maine 04473-3610
**Counseling Services:**
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** OWEESTA CORPORATION
**Website:** http://www.fourdirectionsmaine.org
**Agency ID:** 83879

---

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:**
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-324-5762
**Toll Free:**
**Fax:** 207-490-5026
**Email:** meaghan.arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:** 800-866-5588
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Resolving/Preventing Mortgage Delinquency Workshops

**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** https://www.ccimaine.org/
**Agency ID:** 81580

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 207-859-1500
**Toll Free:** 800-542-8227
**Fax:**
**Email:** housing@kvcap.org
**Address:** 101 Water St
Waterville, Maine 04901-6339
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

BRAUCHER & ASSOCIATES ATTORNEYS AT LAW
764 CHESTNUT ST STE 1
MANCHESTER NH 03104

GL Dawson

BRAUCHER & ASSOCIATES ATTORNEYS AT LAW
764 CHESTNUT ST STE 1
MANCHESTER, NH 03104

GL Dawson

BENJAMIN MAURICE DUBE
98 AUBURN RD
TURNER ME 04282-4009

$0.970
US POSTAGE
FIRST-CLASS
FROM 03104
01/14/2025
Stamps

9414 7112 0620 6818 7388 17
RETURN RECEIPT REQUESTED

CERTIFIED MAIL

BENJAMIN MAURICE DUBE
98 AUBURN RD
TURNER ME 04282-4009

$9.920
US POSTAGE IM
FIRST-CLASS
FROM 03104
01/14/2025
Stamps

